■ In the Matter of STEVEN KEDJIERSKI, Respondent, v DELLWOOD DAIRY et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent. — Motion by respondent Kedjierski to dismiss appeal denied, without costs (see *Matter of Donovan v Knickerbocker Warehousing Corp.,* 72 AD2d 870). Sweeney, J.P., Main, Casey, Mikoll and Herlihy, JJ., concur.

■ In the Matter of GEORGE NIZICH, Respondent, v ROBERT F. BARRECA, INC., et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, without costs (see, e.g., *Matter of Suber v Hope's Windows,* 38 AD2d 656). Sweeney, J.P., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.